**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-6111**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MAURICE SAMUEL, a/k/a Dred,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, District Judge. (CR-00-74, CA-02-993-2)

───────────

Submitted: March 6, 2003        Decided: March 17, 2003

───────────

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Maurice Samuel, Appellant Pro Se. Kasey Warner, United States Attorney, Charleston, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Maurice Samuel seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Samuel has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, ___ U.S. ___, 2003 WL 431659, at *10 (U.S. Feb. 25, 2003) (No. 01-7662). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED